1

2                        UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
3

4   Teresa Love, et al.,                      Case No. 2:23-cv-02149-CDS-BNW

5                  Plaintiffs                  **Order Denying Plaintiffs'
                                                Motion for Sanctions**
6       v.

7   Rachel Pond, et al.,                       [ECF No. 14]

8                  Defendants

9

10       On January 16, 2025, pro se plaintiffs Teresa Love and Vietta Hankins filed a motion for

11  sanctions against defendants Rachel Pond, John Vance, Sheldon G. Turley, Jr., Joleen Smith,

12  Gerard O'Hare, Anna DePasquale, Aaron Warren, and Jill Mortimer for allegedly false and

13  misleading arguments raised in their response to plaintiffs' motion for default judgment.

14  Sanctions mot., ECF No. 14. As relief, plaintiffs ask that the court grant their motion for default

15  judgment (ECF No. 10), which I denied without prejudice on January 14, 2025. Order, ECF No.

16  13. The defendants oppose the motion. Opp'n, ECF No. 16.

17       Courts are directed to liberally construe pro se filings. *Hamilton v. United States*, 67 F.3d

18  761, 764 (9th Cir. 1995). Following that directive, and based on the relief sought by plaintiffs, I

19  construe this motion for sanctions as one for reconsideration of my order denying their motion

20  for default judgment.[1]

21

22

23  [1] Even if plaintiffs did not intend this motion to be one for reconsideration, I would nonetheless deny it
    because it lacks any points and authorities explaining what rule or authority would permit me to issue
24  sanctions against defendants. The Local Rules of this District provide that "[t]he failure of a moving party
    to file points and authorities in support of the motion constitutes a consent to the denial of the motion."
25  LR 7-2(d); *see also Ilani v. Abraham*, 2019 U.S. Dist. LEXIS 228130, *4 (D. Nev. Sept. 17, 2019) (denying
    contempt motion, in part, for failure to cite legal authority); *United States v. Johnson*, 180 F. Supp. 2d 1155,
26  1157 (D. Nev. 2002) (denying motion under LR 7-2(d), in part, for failure to cite authority supporting
    argument).

1    Motions for reconsideration offer "an extraordinary remedy, to be used sparingly in the

2  interests of finality and conservation of judicial resources." *Carroll v. Nakatani*, 342 F.3d 934, 945

3  (9th Cir. 2003) (citation and internal quotation marks omitted). "Indeed, 'a motion for

4  reconsideration should not be granted, absent highly unusual circumstances, unless the district

5  court is presented with newly discovered evidence, committed clear error, or if there is an

6  intervening change in the controlling law.'" *Id.* (quoting *Kona Enters., Inc. v. Estate of Bishop*, 229

7  F.3d 877, 883 (9th Cir. 2000)). A motion to reconsider must provide the court with valid

8  grounds for reconsideration, which include showing some valid reason why the court should

9  reconsider its prior decision and setting forth facts or law of a strongly convincing nature to

10 persuade the court to reverse its prior decision. *See Frasure v. United States*, 256 F. Supp. 2d 1180,

11 1183 (D. Nev. 2003) (citing *All Hawaii Tours, Corp. v. Polynesian Cultural Ctr.*, 116 F.R.D. 645, 648–49

12 (D. Haw. 1987), *rev'd on other grounds*, 855 F.2d 860 (9th Cir. 1988)). Plaintiffs do not meet the

13 standard for reconsideration. In sum, plaintiffs assert that they, in fact, properly served the

14 defendants. *See* ECF No. 14 at 1–2. But as explained in my order denying their motion for default

15 judgment, plaintiffs did not properly effectuate service. Accordingly, plaintiffs' motion is denied.

16                                    **Conclusion**

17    IT IS THEREFORE ORDERED that plaintiffs motion for sanctions **[ECF No. 14] is**

18 **DENIED.**

19    IT IS FURTHER ORDERED that the court, as a courtesy, sua sponte extends the time

20 for plaintiffs to file proof of service by seven days. Proof of service is now due by **February 28,**

21 **2025.**

22    Dated: February 21, 2025

23                                    _____
                                        Cristina D. Silva
24                                      United States District Judge

25

26

2